THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK C. WASHINGTON, Appellant. [718 NYS2d 637] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 15, 1999 (*People v Washington,* 266 AD2d 412), modifying a judgment of the County Court, Nassau County, rendered February 27, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Santucci, J. P., Thompson, Sullivan and Friedmann, JJ., concur.